FILED

2012 FEB 14 AM 10: 15

CLERK U.S. DIS...
CENTRAL DIST OF CALIF
LOS ANGELES

1 Richard A. Grossman (CA SBN 244251)
2 Law Office of Richard A. Grossman, Esq.
2657 Coral Gum Ln
3 Simi Valley, CA 93065
4 Tel: (805) 624-2998   Fax: (805)624-7380
rag@law-grossman.com
5 Attorney for: AQUAWOOD, LLC

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

LOS ANGELES DIVISION

AQUAWOOD, LLC, a California Limited Liability Company,

Plaintiff,

vs.

BLANCO PUBLICIDAD Y MARKETING LIMITADA, a Chile Company; MACRO TOY, a Chile Company; MARVEL ENTERTAINMENT, LLC, a Delaware limited liability company; MAURICO CANDELA, an individual; NAYADE FERNANDEZ, an individual; CRISTOBAL TOSO, an individual; and DOES 1 THROUGH 10, Inclusive,

Defendants.

Case No.: CV 12 1274-DDP (AGRx)

PLAINTIFF AQUAWOOD LLC'S CORPORATE DISCLOSURE STATEMENT
(FED. R. CIV. PROC. 7.1)

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

CORPORATE DISCLOSURE STATEMENT - 1

Plaintiff, AQUAWOOD, LLC, pursuant to Federal Rule of Civil Procedure 7.1, hereby provides the following Corporate Disclosure Statement:

Plaintiff has no parent company. There are no publically held companies that own 10% or more of Plaintiff.

DATED: 2/13/12                    RICHARD A. GROSSMAN, ESQ.

By: _____
Richard A. Grossman
Attorney for Plaintiff AQUAWOOD, LLC