FILED

2012 FEB 14  AM 10: 15

CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

BY _____

1  Richard A. Grossman (CA SBN 244251)
2  Law Office of Richard A. Grossman, Esq.
   2657 Coral Gum Ln
3  Simi Valley, CA 93065
4  Tel: (805) 624-2998   Fax: (805)624-7380
   rag@law-grossman.com
5  Attorney for: AQUAWOOD, LLC

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### LOS ANGELES DIVISION

Case No.: CV 12 1274 - DDP (AGRx)

| | |
|---|---|
| AQUAWOOD, LLC, a California Limited Liability Company, | **NOTICE OF RELATED CASES PURSUANT TO LOCAL RULE 83-1.3** |
| Plaintiff, | |
| vs. | |
| BLANCO PUBLICIDAD Y MARKETING LIMITADA, a Chile Company; MACRO TOY, a Chile Company; MARVEL ENTERTAINMENT, LLC, a Delaware limited liability company; MAURICO CANDELA, an individual; NAYADE FERNANDEZ, an individual; CRISTOBAL TOSO, an individual; and DOES 1 THROUGH 10, Inclusive, | |
| Defendants. | |

TO THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

1     PLEASE TAKE NOTICE that, pursuant to Central District Local Rule 83-1.3, plaintiff AQUAWOOD, LLC. ("Plaintiff") hereby notifies all parties and the Court that there are no related cases, within the meaning of Central District Local Rule 83-1.3, to the above-captioned matter.

DATED: 2/13/12          RICHARD A. GROSSMAN, ESQ.

By: _____
      Richard A. Grossman
Attorney for Plaintiff AQUAWOOD, LLC